## IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER BREKHUS, A/KA JENNY BREKUS,

Appellant,

vs.

WILLIAM MANTLE,

Respondent.

No. 84821

FILED

SEP 2 3 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Connie J. Steinheimer, District Judge
John L. Marshall
Luke A. Busby
Reno City Attorney
William Mantle
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-29947